**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 28 2013

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**MICHAEL M. McCLOUD**                                          **PLAINTIFF**

Vs.                                   NO: 4:13 cv45 BSM

**UNITED STATES OF AMERICA**                              **DEFENDANT**

This case assigned to District Judge _Miller_
and to Magistrate Judge _Ray_

### COMPLAINT

Comes now Plaintiff, Michael M. McCloud, by and through his attorneys, Law Offices of

Lisa Douglas, and for his cause of action against the Defendant, states:

### I.    STATEMENT OF JURISDICTION AND VENUE

1.    Michael M. McCloud, at all times relevant hereto, was a resident of Scranton,

Logan County, Arkansas.

2.    The medical personnel assigned to care for Michael M. McCloud were employees

of the Central Arkansas Healthcare System VA Hospital ("VA Hospital"),  Little Rock, Arkansas

and were acting within the scope of their employment at all times relevant hereto, and their

actions are imputed to the Defendant United States of America.

3.    This action is a federal tort claim brought pursuant to 28 U.S.C. §1346 (b)(1).

The actions herein complained of occurred in Little Rock, Pulaski County, Arkansas, therefore,

this Court has jurisdiction pursuant to 28 U.S.C. §1402(b).

### II.    STATEMENT OF THE CASE

4.      Michael M. McCloud, DOB 1-25-51, a Vietnam veteran, was seen in a Fort Smith, Arkansas hospital and transferred to the Little Rock VA Hospital.  He was admitted through the ER of the Central Arkansas Veterans Healthcare System in Little Rock, Arkansas on May 26, 2010.  He complained of pain all over, fatigue and myalgias for one week, shoulder pain, and back pain with nausea and vomiting and poor intake by mouth.   He had a history of Type II diabetes, Hepatitis C, early liver cirrhosis, and splenomegaly.  He was admitted to general medicine and seen by orthopedics, neurology, and gastroenterology and found to have methicillin sensitive staphylococcus aureus (MSSA) bacteremia, and bilateral shoulder pain with erythema and tenderness.  Blood cultures grew MSSA and he was initially placed on the antibiotic Zosyn by Infectious Disease that was later changed to Nafcillin, but the Nafcillin was stopped due to acute liver failure, and he was eventually placed on Cefazolin for 4 weeks.  No definitive etiology of the bacteremia was found.   There was no radiology image of his back although he complained of pain in the back and pelvis area.  He was discharged on June 10, 2010 with orders for IV Nafcillin 2 grams every 4 hours until June 30, 2010.  No focus of the infection was found, he was not given a back brace, and he did not have radiographic imaging of his lumbar spine.  He completed the antibiotics at home that had been prescribed by the VA doctors in Little Rock.

5.      On July 14, 2010, he was admitted to the Veterans Health Care System of the Ozarks in Fayetteville, Arkansas.  The history taken at the time of that admission states that he was recently discharged from the Little Rock VA Hospital after treatment and evaluation for methicillin sensitive staphylococcus aureus (MSSA).  This treatment included a transesophageal echocardiogram, and he was seen by Infectious Disease and they recommended a month of therapy with Nafcillin, which was completed at home via a PICC line.  The PICC line was

2

removed and the patient was initially showing some improvement, but then started to feel weak and started to have fevers, and eventually was admitted to an outlying hospital where the blood cultures immediately grew MSSA. He was transferred to the VA in Fayetteville for further workup and evaluation. His biggest complaint upon presenting at the Fayetteville VA was back pain which was so bad that he had to crawl to the bathroom, which he stated he had had for three months. The pain radiated into the right groin area and he also had hip and right shoulder pain. He complained of fever and poor appetite and general malaise. On physical examination, he was a frail-looking 59 year old and weighed 140 lbs, with a fever of 103 degrees. His blood cultures grew MSSA and he was initially started on Vancomycin that was changed to Ceftriaxone after discussing the case with Dr. Munson, Infectious Disease at the VA in Little Rock. He quickly became afebrile and remained afebrile for the remainder of this hospitalization. Because of his back pain and history of cirrhosis and abdominal abnormalities, an abdominal CT scan was obtained on July 16, 2010, which showed vertebral osteomyelitis in the L4-L5 area with destruction of the L4 and L5 vertebral bodies with decreased intravertebral disc space and osteomyelitis/discitis. There was extensive bone destruction and spread of the epidural abscess into the retroperitoneal area. The doctors thought that surgery would be needed to debride the area to improve the chances of the antibiotics working but they decided that surgery was too risky and after further consultation with Dr. Munson in Little Rock, it was decided to place him on long-term antibiotics. He was discharged on IV Ceftriaxone 2 grams twice daily through a PICC line. The discharge summary stated that he will need long-term treatment for sepsis related to vertebral osteomyelitis.

6.    Plaintiff was wheel-chair bound for several months and still has to use a wheel chair to get around his home.  He cannot climb stairs and is essentially home-bound.  He is permanently disabled due to destruction of the vertebrae in his back.

### III.    CLAIM FOR RELIEF

7.    As a proximate result of the Little Rock VA Hospital medical staff's negligence, reckless disregard, and conscious indifference to the consequences in their failure to diagnose and treat the infection in his back, Michael M. McCloud has experienced immense pain and suffering and destruction of the L4 and L5 vertebrae with loss of bone, discitis, and spinal stenosis.  The destruction of the L4 and L5 vertebrae resulted in permanent damage and permanent disability. The medical staff at the VA Hospital in Little Rock fell far below the accepted standard of medical care in Little Rock, Arkansas and similar areas, and their negligence, recklessness, and conscious disregard to the consequences was the proximate cause of his injuries and damages, and permanent disability.

8.    As a further direct and proximate result of the aforesaid negligence, recklessness, and conscious indifference to the consequences of the VA Hospital employees, Plaintiff has suffered damages which include but are not limited to the following:

    (a)    damages for past and future pain, suffering, and emotional distress;

    (b)    damages for medical expenses incurred, and other out of pocket expenses;

    (c)    damages for lost quality of life;

    (d)    damages for fear of future consequences;

    (d)    damages for additional household expenses necessitated by the defendant's acts; and,

4

(e)     damages for permanent disability.

9.      Plaintiff asserts that Defendant was properly notified of this claim within two (2) years of

the date of the negligent and reckless acts, by Certified Mail dated March 8, 2012, addressed to

Lynne Ravellette, Office of Regional Counsel, Central Arkansas Veterans Healthcare System,

2200 Fort Roots Drive, Bldg. 5, North Little Rock, Arkansas 72114, and that her office

acknowledged receipt of the claim in a letter dated March 13, 1012.  The claim was denied by

Tammy L. Kennedy, Regional Counsel, Department of Veterans Affairs, in a letter dated

September 11, 2012.

        WHEREFORE, Plaintiff Michael M. McCloud prays that judgment be entered against

Defendant in the amount of $3,000,000 to compensate him for his permanent injuries, damages

and losses as stated herein; and that the Court award interest as permitted by law, costs of this

action, attorney's fees, and all other additional relief to which he may justly be entitled.

                                        Respectfully submitted,

                                        MICHAEL M. McCLOUD

                        By:     _____
                                        Bobby Dean Davidson, ABN 84034
                                        Law Offices of Lisa Douglas
                                        Attorneys at Law
                                        2300 Main Street
                                        North Little Rock, Arkansas 72114
                                        (501) 798-0004
                                        Fax:    (501) 379-8462
                                        E-mail:  bob.davidson@sbcglobal.net