IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL M. McCLOUD                                                                                   PLAINTIFF

v.                                  CASE NO. 4:13CV00045 BSM

UNITED STATES OF AMERICA                                                                   DEFENDANT

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 29th day of January 2015.

/s/ Brian S. Miller
UNITED STATES DISTRICT JUDGE